# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| RANDY S. PETERSON, | ) | 8:15CV157 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| RICHARD G. KOPF, | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff Randy Peterson's Objection (Filing No. 9) to the Court's order dismissing this case. The Court has carefully reviewed the Objection and finds no good cause to reconsider any portion of its order. Accordingly,

IT IS ORDERED:

1. Peterson's Objection (Filing No. 9) is overruled; and

2. Peterson's Motions for Status (Filing Nos. 11, 12, and 13) are denied as moot.

DATED this 30th day of December, 2015.

BY THE COURT:

s/Laurie Smth Camp
Chief United States District Judge